IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Brian Kummer and Jaime Kummer,
husband and wife,

Case No. 10-cv-1964 (PAM/JJK)

                                    Plaintiffs,

v.

**ORDER**

Altec Industries, Inc., an Alabama
Corporation,

                                    Defendant.

Based on the parties' Stipulation of Dismissal With Prejudice, IT IS HEREBY

ORDERED that this action is hereby dismissed with prejudice, with Plaintiffs and

Defendant each to bear their own costs, disbursements, and attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  May  _4_ , 2011          s/Paul A. Magnuson
                                 Paul A. Magnuson
                                 United States District Court Judge